# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>[1] Steven Weaver<br>[2] Jamie Woods<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:22-00126-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Steven Weaver,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

A violation of Title 21, United States Code Sections 841(a)(1)
A violation of Title 18, United States Code Sections 2
A violation of Title 21, United States Code Sections 846

Date: 04/04/2022

*Issuing officer's signature*

City and state: NASHVILLE, TN

Vanessa Haines, Case Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* 04/20/2022, and the person was arrested on *(date)* 04/20/2022
at *(city and state)* NASHVILLE, TN.

Date: 04/20/2022

*Arresting officer's signature*

DONALD E. PAXTON / U.S. POSTAL INSPECTOR
*Printed name and title*