MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL
PROCEEDINGS by VIDEOCONFERENCE

U.S.A. v. **Steven Weaver**, No. **3:22-cr-126**

ATTORNEY FOR GOVERNMENT: **Amanda Klopf**

ATTORNEY FOR DEFENDANT: **Jack Byrd**   AFPD  (**Panel**)  Retained

PRETRIAL SERVICES/PROBATION OFFICER: **Kim Haney**

INTERPRETER NEEDED?  YES  (**NO**)  LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☑ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☑ INITIAL APPEARANCE  ☐ ON A SUMMONS  ☑ ARRESTED ON: **4.20.22**
 DEFENDANT HAS A COPY OF:
  ☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
  ☑ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
  ☑ Defendant advised of right to counsel       ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☑ FPD Appointed
  ☑ Defendant advised of right to silence       ☐ Defendant advised of right to Consular notification
  ☑ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☐ Defendant waived rights under IAD           ☐ Defendant to be returned to State custody
  ☐ Government motion for detention             ☐ Defendant temporarily detained
  ☐ Defendant waived detention hearing          ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody
  ☐ Defendant remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☑ Defendant released on:
    ☑ Own recognizance with conditions of release  ☑ standard  ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
  ☐ RULE 5 - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
  ☐ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ GRAND JURY WAIVED IN OPEN COURT    [Defendant sworn and advised of rights by Court]
☑ ARRAIGNMENT
  ☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
  ☑ Defendant waives reading thereof       ☐ Indictment/Information read to defendant by Judge
  PLEA: ☐ GUILTY  ☑ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

DATE: **4.20.22**         TOTAL TIME: **14 minutes**
BEGIN TIME: **4:01 pm**     END TIME: **4:15 pm**
*Digitally Recorded*

Form Revised 2/9/2018         Page 1 of 1