**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:22-cr-00126-1** |
| | ) | **District Judge Trauger** |
| **STEVEN WEAVER** | ) | **Magistrate Judge Frensley** |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO AMEND PRETRIAL RELEASE CONDITIONS

Comes now Steven Weaver, by and through undersigned counsel, and unopposed by the Government and request the Court modify the conditions of his pretrial release as to allow Mr. Weaver to travel for work purposes outside the Middle District of Tennessee.

Mr. Weaver will notify Pretrial Services at least 24 hours prior to traveling and again upon his return to the Middle District. Undersigned counsel has conferred with AUSA Amanda Klopf and she has authorized counsel to state that she is not opposed to this modification. Pretrial Services officer Cody Sutton also supports this motion.

Based upon the above statements, Mr. Weaver respectfully request the Court modify his pretrial releases conditions to allow him to travel outside the Middle District of Tennessee as stated above.

Respectfully submitted this May 20, 2022.

*/s/ Jack Byrd*
Jack Byrd
Attorney for the Defendant
300 James Robertson Parkway
Suite 301
Nashville, Tennessee 37201
Ph: (615) 942-6366
Fax: (615) 942-6216
Email: jack@jackbyrdlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of May 2022, a true and exact copy of this Motion was filed electronically with the U.S. District Court Clerk by using the CM/ECF system, who will forward copies to all parties in this matter.

*/s/ Jack Byrd*
Jack Byrd